RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Christopher Valdez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER VALDEZ,<br><br>Defendant. | Case No. 2:05-cr-00044-GMN-RJJ<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Christopher Valdez, that the Revocation Hearing currently scheduled on October 9, 2018, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case, to determine whether the case will be resolved through negotiations.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 5th day of October, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

||                                                      |                                    |
|--|------------------------------------------------------|------------------------------------|
|  | **UNITED STATES DISTRICT COURT**                     |                                    |
|  | **DISTRICT OF NEVADA**                               |                                    |

| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00044-GMN-RJJ |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTOPHER VALDEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, October 9, 2018 at 10:00 a.m., be vacated and continued to __10/24/18__ at the hour of _10_:_00_ _a_.m.; or to a time and date convenient to the court.

DATED this _7_ day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE