**FILED UNDER SEAL**

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

---

**PETITION FOR WARRANT
FOR OFFENDER UNDER SUPERVISION**

---

Name of Offender: **Christopher Valdez**

Case Number: **2:05CR00044**

Name of Sentencing Judicial Officer: **Honorable Brian E. Sandoval**

Date of Original Sentence: **May 2, 2006**

Original Offense: **Transporting Child Pornography, Receipt of Child Pornography, Possession of Child Pornography**

Original Sentence: **87 Months prison,**

Date of 1st Revocation: **October 5, 2012**

Revocation Sentence: **6 months prison followed by lifetime supervised release**

Date of 2nd Revocation: **October 30, 2018**

Revocation Sentence: **4 months prison followed by lifetime supervised release**

Date Supervision Commenced: **January 9, 2019**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

---

### PETITIONING THE COURT

☒ To issue a warrant.

---

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Shall Not Commit Crime** - The defendant shall not commit another federal state or local crime.

   On or about June 24, 2019, Valdez did solicit a prostitute to engage in sexual conduct in exchange for money. As a result, Valdez violated NRS 201.534, Engaging in Prostitution or Solicitation for Prostitution, a misdemeanor.

2. **Computer Search – Monitoring Software** – To ensure compliance with the computer monitoring condition, you must allow the probation officer to conduct periodic, unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(1)) subject to computer monitoring. These searches shall be conducted for the purposes of determining whether the computer contains any prohibited data prior to installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation. You must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.

   On July 31, 2019, the undersigned officer requested permission to review Valdez's cell phone which is subject to Computer Monitoring Software. During review of the device, it was discovered that Valdez was communicating with prostitutes and then deleting his conversations in an attempt to circumvent the monitoring software.

3. **No Pornography – Treatment** – You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256), including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256).

   Upon his release from custody on January 9, 2019 and before August 6, 2019, Valdez utilized his father's cell phone to download and view pornographic material. Valdez then disposed of the device prior to notifying the probation office of his behavior.

4. **Use Only One Smartphone –** You are permitted to use only one smart phone which must be equipped with the Probation Office's monitoring software installed and must be installed with no delay. The associated fee will be paid based upon your ability to pay.

   On August 6, 2019, Valdez admitted to the undersigned officer that he utilized his fathers cell phone to access and download pornographic materials. This phone was not equipped with monitoring software nor was the probation office aware that he was utilizing the device.

RE: Christopher Valdez

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **August 6, 2019**

_____
Shawn Mummey
2019.08.06
16:28:46 -07'00'

Shawn Mummey
Senior United States Probation Officer

Approved:

_____
Benjamin Johnson
2019.08.06 16:26:18
-07'00'

Benjamin B. Johnson
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐  No Action.
☒  The issuance of a warrant.
☐  The issuance of a summons.
☐  Other:

_____
Signature of Judicial Officer

August 6, 2019
_____
Date

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. CHRISTOPHER VALDEZ, 2:05CR00044

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### August 6, 2019

As noted above, Valdez has been before Your Honor of two separate occasions for the purpose of revocation proceedings. Valdez's first revocation proceeding resulted in his admission to possessing pornographic materials. This resulted in Your Honor revoking supervised release, returning Valdez to prison for a period of 6 months and re-instating the lifetime term of supervised release. Valdez was then brought back before Your Honor on October 30, 2018, at which time he admitted to again possessing pornography and soliciting prostitutes after review of his cell phone brought to light his activities. Again, Your Honor revoked supervised release, imposed a sentence of 4 months and re-instated the lifetime supervised release.

Valdez commenced his current term of supervised release on January 9, 2019.

On July 31, 2019, the undersigned conducted an announced home visit. During this visit Valdez consented to a review of his digital device. During this review the undersigned observed text messages indicating that Valdez had recently secured a room at the Circus Circus Hotel and Casino. Needless to say, that for a registered sex offender, the Circus Circus Hotel and Casino is not appropriate based upon the "family friendly" atmosphere that is portrayed and the propensity to be in the proximity of minors. Due to this a further investigation into Valdez's digital device was initiated. Upon review of the device, as well as referencing recorded information from the computer monitoring software, it was learned that Valdez was deleting text conversations with various individuals who engaged in prostitution related activities. Furthermore, Valdez would hide some of these contacts in his phone under alias' such as "Galleria Mall". When the number for this contact was ran through a sex add identifier, over 200 ads were found. Further review and comparison to the information contained on the device and the monitoring software found Valdez would delete his conversation with suspected prostitutes. This in of itself is a violation of the Computer Monitoring Agreement which Valdez signed on January 14, 2019. As a result of the information obtained through review of the digital device, Valdez's tablet and smartphone were seized and had been sent for further, more detailed forensic review.

On August 6, 2019, Valdez emailed the undersigned officer. In this email, Valdez admits that he paid for massages with "happy endings", used his fathers cell phone for the purpose of downloading and viewing pornography, then disposed of the device making it unavailable for further review.

Unfortunately, Valdez's behavior is not surprising or unexpected. Valdez has demonstrated a pattern while on supervised release and any time that he is approaching a polygraph to confirm that he is in compliance with his treatment program and the conditions of his supervised release, he reaches out to the probation office in the form of an email which serves similar to a confession about his recent activities.

RE: Christopher Valdez
Prob12C  
D/NV Form  
Rev. March 2017

Based upon Valdez's history and the nature of his recent behavior, the probation office believes that he is no longer amenable to supervision at this time. Valdez has not changed his behaviors since his previous term of supervised release was revoked and continues to engage in the solicitation of prostitutes and the viewing of pornography. The probation office has attempted to work with Valdez on multiple occasions however he takes no responsibility for his actions and instead accuses the undersigned officer and supervisor of being dishonest with him and causing him to violate the conditions of his supervision. Furthermore, Valdez continues to attempt to circumvent the monitoring software by deleting data from his cell phone. For these reasons, the probation office respectfully recommends that a warrant be issued and that revocation proceedings be initiated. It is further recommended that Valdez be detained pending the outcome of the revocation proceeding.

Respectfully submitted,

Shawn Mummey  
2019.08.06 16:29:15 -07'00'

Shawn Mummey  
Senior United States Probation Officer

Approved:

Benjamin Johnson  
2019.08.06 16:26:45 -07'00'

Benjamin B. Johnson  
Supervisory United States Probation Officer