Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Christopher Valdez,<br><br>        Defendant. | Case No. 2:05-cr-00044-GMN-RJJ<br><br>**First Stipulation to Continue Revocation Hearing** |

Christopher Valdez's revocation hearing is currently set for October 21, 2020. Defense counsel was recently assigned to represent Mr. Valdez and requires additional time to prepare. Additionally, defense counsel has inquired about the status of the examination of Mr. Valdez's cell phone, which was seized. Mr. Valdez is in custody and does not object to the continuance. This Court should therefore find that good cause exists to continue the revocation hearing for at least 14 days.

DATED: October 13, 2020.

| Rene L. Valladares | Nicholas A. Trutanich |
| Federal Public Defender | United States Attorney |

| */s/ Erin Gettel* | */s/ Brett Ruff* |
| By_____ | By_____ |
| Erin Gettel | Brett Ruff |
| Assistant Federal Public Defender | Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Christopher Valdez,<br><br>　　　　Defendant. | Case No. 2:05-cr-00044-GMN-RJJ<br><br>**Order Granting First Stipulation to Continue Revocation Hearing** |

　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing for at least 14 days.

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 21, 2020, at 9:00 a.m. is vacated and continued to November 18, 2021, at 12:00 p.m. in Courtroom 7D before Judge Gloria M. Navarro.

　　DATED: October  14 , 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro
　　　　　　　　　　　　　　　　　　　　United States District Judge

3