Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:05-cr-00044-GMN-RJJ |
| Plaintiff, | **Second Stipulation to Continue Revocation Hearing** |
| v. | |
| Christopher Valdez, | |
| Defendant. | |

Christopher Valdez's revocation hearing is currently set for November 18, 2020. The U.S. Probation Office's forensic analysis of Mr. Valdez's cell phone is not yet complete, and defense counsel requires the results of that analysis to advise Mr. Valdez how to proceed. The parties therefore request that this hearing be continued for at least 45 days. Mr. Valdez is in custody and does not object to the continuance.

DATED: November 7, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By_____ | */s/ Brett Ruff*<br>By_____ |
| Erin Gettel<br>Assistant Federal Public Defender | Brett Ruff<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Christopher Valdez,<br><br>　　　　Defendant. | Case No. 2:05-cr-00044-GMN-RJJ<br><br>**Order Granting Second Stipulation to Continue Revocation Hearing** |

　　　Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing for at least 45 days.

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 18, 2020, at 12:00 p.m. is vacated and continued to Wednesday, January 6, 2021, at 11:00 a.m. in Courtroom 7D.

　　　DATED: November __9__, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Gloria M. Navarro
　　　　　　　　　　　　　　　　　　　United States District Judge