Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Christopher Valdez,<br><br>　　　　　Defendant. | Case No. 2:05-cr-00044-GMN-RJJ<br><br>**Third Stipulation to Continue Revocation Hearing** |

　　　　Christopher Valdez's revocation hearing is currently set for January 6, 2021. The U.S. Probation Office's forensic analysis of Mr. Valdez's cell phone is not yet complete, and defense counsel requires the results of that analysis to advise Mr. Valdez how to proceed. The parties therefore request that this hearing be continued for at least 60 days. Mr. Valdez is in custody and does not object to the continuance.

　　　　DATED: December 14, 2020.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
|   */s/ Erin Gettel*<br>By_____ |   */s/ Supriya Prasad*<br>By_____ |
| Erin Gettel<br>Assistant Federal Public Defender | Supriya Prasad<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:05-cr-00044-GMN-RJJ |
|---|---|
| Plaintiff, | **Order Granting Third Stipulation to Continue Revocation Hearing** |
| v. | |
| Christopher Valdez, | |
| Defendant. | |

    Based on the stipulation of counsel, the Court finds that good cause exists to continue the revocation hearing for at least 60 days.

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 6, 2021, at 11:00 a.m. is vacated and continued to March 10, 2021, at 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

    DATED: December 15, 2020.

_____
Gloria M. Navarro
United States District Judge