RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Christopher Valdez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER VALDEZ,<br><br>    Defendant. | Case No. 2:05-cr-00044-GMN-RJJ<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Christopher Valdez, that the Revocation Hearing currently scheduled on April 7, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty five (45) days.

This Stipulation is entered into for the following reasons:

1. Forensic analysis of electronic devices is pending.
2. Preparation of the transcript from the prior revocation hearing is pending.
3. The defendant is out of custody and agrees with the need for the continuance.
4. The parties agree to the continuance.

1   This is the first request for a continuance of the revocation hearing.

2   DATED this 30th day of March, 2023.

3

4   RENE L. VALLADARES              JASON M. FRIERSON
    Federal Public Defender             United States Attorney
5

6
    By /s/ Rick Mula                    By /s/ Robert Knief
7   RICK MULA                           ROBERT KNIEF
    Assistant Federal Public Defender   Assistant United States Attorney
8

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CHRISTOPHER VALDEZ,

    Defendant.

Case No. 2:05-cr-00044-GMN-RJJ

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, April 7, 2023 at 9:00 a.m., be vacated and continued to May 31, 2023 at the hour of 10:00 a.m.

    DATED this 30 day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE