RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Christopher Valdez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00044-GMN-RJJ |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| CHRISTOPHER VALDEZ, | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Christopher Valdez, that the Revocation Hearing currently scheduled on May 31, 2023, be vacated and continued to June 13, 2023, at 9:00 am.

    This Stipulation is entered into for the following reasons:

    1.    Defendant's counsel has a conflict with the current date because he will be attending a multiple-day training in Florida on May 31, 2023.

    2.    The defendant is out of custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 11th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTOPHER VALDEZ,<br><br>        Defendant. | Case No. 2:05-cr-00044-GMN-RJJ<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, May 31, 2023 at 10:00 a.m., be vacated and continued to June 13, 2023 at the hour of 9:00 a.m.

   DATED this 11 day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE

3